IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Eclipse IP LLC, | ) |
| | ) |
| Plaintiff, | ) **Case No.** 2:13-CV-295 |
| | ) |
| v. | ) |
| | ) **Jury Trial Demanded** |
| Williams-Sonoma, Inc., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

The undersigned counsel of record for Plaintiff Eclipse IP LLC certifies it has no parent corporation and that no publicly held corporation owns 10% or more of the stock of Plaintiff.

Respectfully submitted this 23rd day of April, 2013

/s/ *Melissa R. Smith*
Melissa Richards Smith
Texas Bar No. 24001351
**GILLAM AND SMITH,LLP**
303 S. Washington Ave.
Marshall,, Texas 75670
Tel: 903.934.8450
Fax: 903.934.9257
melissa@gillamsmithlaw.com

And

HARMAN LAW LLC
4279 Roswell Road

1

2

    Suite 102-273
    Atlanta, Georgia 30342
    Telephone:  (404) 869-1119
    Facsimile:  (404) 424-9370

    Matthew S. Harman
    Georgia Bar No. 327169
    mharman@harmanlaw.com

    Eric S. Fredrickson
    Georgia Bar No. 489783
    efredrickson@harmanlaw.com


    ***Attorneys for Plaintiff***